■ RAYMOND HANLEY, Plaintiff, v PAUL A. CASTALDO, Defendant and Third-Party Plaintiff-Respondent. CPS ELECTRICAL

COMPANY, LTD., Third-Party Defendant-Appellant. [665 NYS2d 362] —Order unanimously affirmed without costs (*see, Matie v Sealed Air Corp.*, 242 AD2d 863 [decided herewith]; *Massella v Partner Indus. Prods.*, 242 AD2d 870 [decided herewith]). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Indemnification.) Present—Denman, P. J., Green, Lawton, Wisner and Balio, JJ.